IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 10-153
)
NICOLE D. HELVY, )
    Defendant. )

ORDER

AND NOW, this 12th day of December, 2011, IT IS HEREBY ORDERED that the judgment and commitment order, dated November 21, 2011, is amended to reflect that, as the offense of conviction is not drug related, nor does the defendant have a current or past history of substance abuse, the periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended.

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    Carolyn J. Bloch,
      Assistant United States Attorney

      Marketa Sims,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Probation

      U.S. Bureau of Prisons